Before the Second Division, May 9, 1967

**No. P67/145.**—Vera Lou Importers, Inc., et al. *v.* United States, protests 60/2278, etc. (El Paso).

Ford, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of blocked or trimmed palm leaf harvest hats similar in all material respects to those the subject of *Bailey-Mora Co., Inc., a/c Vera Lou, Inc., et al.* v. *United States* (54 Cust. Ct. 55, C.D. 2508), the claim of the plaintiffs was sustained.

(Note: The following protests were decided by a special second division consisting of Rao, Ford, and Landis, Judges.)

**No. P67/146.**—S. Hiller & Co. et al. *v.* United States, protests 66/12059, etc. (New York).

Landis, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of disc tumbler padlocks similar in all material respects to those the subject of *Shriro Trading Corp.* v. *United States* (56 Cust. Ct. 422, C.D. 2669), the claim of the plaintiffs was sustained.

Before the Third Division, May 9, 1967

**No. P67/147.**—Bruce Duncan and Don Juan Junior, Inc. *v.* United States, protest 63/11738 (Los Angeles).

Landis, J. In accordance with stipulation of counsel that the facts and issues involved in the foregoing protest are similar in all material respects to those the subject of *United States* v. *Browne Vintners Co., Inc.* (34 CCPA 112, C.A.D. 351), the claim of the plaintiffs was sustained.